AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

***** DISTRICT OF NEVADA

MICHAEL MARTINEZ,

      Petitioner,      JUDGMENT IN A CIVIL CASE
V.

                    CASE NUMBER: **3:14-cv-00282-HDM-WGC**

BRIAN WILLIAMS, et al.,

      Respondents.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**_X_** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that judgment is hereby entered in favor of respondents and against Martinez; and this action is dismissed with prejudice.


  August 22, 2017                                  **DEBRA K. KEMPI**
                                                              Clerk


                                                                /s/ D. R. Morgan
                                                                  Deputy Clerk